FILED

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0376

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0376

IN THE MATTER OF:

M.S.,

      Respondent and Appellant

## GRANT

      Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 13, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2023